IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE WRIGHT, | : | |
|     **Plaintiff** | : | No. 1:21-cv-00183 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 21st day of March 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. No. 25) is **GRANTED** with respect to Count I (Title VII hostile work environment sexual harassment and discrimination) and Count III (Title VII retaliation) of Plaintiff's amended complaint (Doc. No. 8);

2. The Clerk of Court is directed to enter judgment **IN FAVOR** of Defendant and **AGAINST** Plaintiff as to Counts I and III of Plaintiff's amended complaint (Doc. No. 8);

3. Plaintiff's Count II (Pennsylvania Human Relations Act ("PHRA") hostile work environment sexual harassment and discrimination) and Count IV (PHRA retaliation) claims are **DISMISSED** in this forum **without prejudice** to her ability to refile them in state court;

4. Plaintiff shall have **one-hundred and thirty-seven (137) days** from the date of this Order to refile her PHRA claims (Counts II & IV) in state court; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                                               s/ Yvette Kane  
                                                                               Yvette Kane, District Judge  
                                                                               United States District Court  
                                                                               Middle District of Pennsylvania